HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIU WU, | Case No. 2:25-cv-01233-RAJ |
| Plaintiff, | ORDER |
| v. | |
| SEMTECH CORPORATION/SIERRA WIRELESS, | |
| Defendants. | |

On August 26, 2025, the Court granted Plaintiff Xiu Wu's motion to appoint counsel and directed the District Coordinator of the Pro Bono Panel to try to secure counsel to represent Plaintiff for further proceedings. Dkt. # 11. The Pro Bono Panel has successfully located counsel to represent Plaintiff in this case. Thus, the Court APPOINTS the following attorney as pro bono counsel for Plaintiff:

Ronald Tang
ROCKE LAW GROUP PLLC
500 UNION ST STE 909
SEATTLE, WA 98101
206-652-8670
ronaldt@rockelaw.com

ORDER - 1

This appointment is made under the U.S. District Court for the Western District of Washington's Plan for *Pro Se* Litigant Representation in Civil Rights Actions (the "Plan"). *See* General Order No. 07-23 (Jan. 1, 2024). If counsel cannot assume this representation for a reason contemplated by the Civil Rules or set forth in the Plan, a motion for relief from appointment should immediately be filed with the assigned judge.

Counsel is directed to file a Notice of Appearance within seven days of this order. Further, as stated in the Court's August 26, 2025 order, the parties are directed to confer regarding whether the deficiencies raised in the motion to dismiss may be cured, and if no agreement is reached, to submit a joint proposed briefing schedule for the motion to dismiss within fourteen (14) days of this order.

Dated this 13th day of November, 2025.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2